IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GEORGE RODRIGUEZ, § § § Plaintiff, § § v. § § CITY OF HOUSTON, *et al.*, § § § Defendants. § | C.A. No. 06-2650 JURY TRIAL DEMANDED |

## **Order Granting Motion to Amend the Judgment**

The Court has considered Plaintiff's Motion to Amend the Judgment. The Court finds that prejudgment interest is appropriate in this case for the reasons stated in Plaintiff's Motion. The motion is therefore GRANTED. An amended judgment will be entered.

~~The clerk shall amend the judgment entered on July 1, 2009 (Doc. 324) to include prejudgment interest in the amount of $456,000 on the jury's award of $3 million for Plaintiff's past mental anguish.~~

SIGNED this 10th day of Nov 2009.

_____
Vanessa Gilmore
United States District Judge

956249v1/009367