# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

---

No. 11-20763

---

GEORGE RODRIGUEZ,

      Plaintiff - Appellee

v.

CITY OF HOUSTON,

      Defendant - Appellant

United States District Court
Southern District of Texas
FILED

NOV 2 7 2012

David J. Bradley, Clerk of Court

---

Appeal from the United States District Court for the
Southern District of Texas, Houston

---

O R D E R :

    IT IS ORDERED that the joint stipulation to dismiss appeal pursuant
to Fed. R. App. P. 42 is *GRANTED*


                        /s/ Lyle W. Cayce
                        LYLE W. CAYCE
                        CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit

By Christina _____
Deputy
New Orleans, Louisiana NOV 1 6 2012

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 16, 2012



United States District Court
Southern District of Texas
FILED
NOV 2 7 2012
David J. Bradley, Clerk of Court

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 11-20763,   George Rodriguez v. City of Houston
        USDC No. 4:06-CV-2650

Enclosed is a copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: *Christina Gardner*
        Christina A. Gardner, Deputy Clerk
        504-310-7684

cc w/encl:
    Mr. Jonathan Griffin Brush
    Ms. Deborah L. Cornwall
    Ms. Shani Ain Dennis
    Mr. David M Feldman
    Ms. Emma Kate Freudenberger
    Ms. Anna Benvenutti Hoffmann
    Mr. Richard Alan Morris
    Mr. Barry Scheck
    Mr. Mark L. D. Wawro